FILED
JUL 10 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

EDUARDO BENAVIDES, # D708188
0703308
Guadalupe County
vs. Adult Detention Center
2615 N. Guadalupe St. Seguin, TX 78155
UNITED STATES MARSHALS § CIVIL NO.
SERVICE and GLOBAL §
EXPERTISE IN §
OUTSOURCING CORP. §

Case: 1:07-cv-01232
Assigned To : Unassigned
Assign. Date : 7/10/2007
Description: FOIA/Privacy Act

CASE RE-ASSIGNED TO: KOTELLY, CKK
AUG 28 2007

## COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF

1. This is an action under the Freedom of Information Act (FOIA), 5 U.S.C. § 552, as amended, to order the production of agency records, consisting of the contractual agreement made by the United States Marshals Service (USMS) with Global Expertise in Outsourcing Corp. (GEO), for purpose of confining inmates under federal or immigration custody.

2. This Court has jurisdiction over this action pursuant to 5 U.S.C. § 552(a)(4)(B).

3. Plaintiff EDUARDO BENAVIDES, is a citizen of the United States and of the State of Texas. He resides in the Western District of Texas, and

1

the Requestor of the withheld records.

4. Defendant USMS is an agency of the United States, and it has possession of and control over the records that plaintiff seeks, and resides at Washington, D.C. 20530.

5. Defendant GEO is a private corporation that contracts with the United States government throughout the United States, for the purposes of confining inmates under Federal or immigration custody. It also has possession of and control over the records that plaintiff seeks, and can be served with process at its Corporate Headquarters, One Park Place, Suite 700, 621 Northwest 53rd Street, Boca Raton, Florida, 33487.

6. By letter dated June 10, 2006, Plaintiff requested from Warden Doyton Poppell, an agent of GEO, copy of the contractual agreement made with the USMS for confining inmates at the facility in San Antonio, Texas. Plaintiff's request was denied on the basis GEO was not subject to the provisions of FOIA.

7. Subsequently, by letter dated July 1, 2006, Plaintiff requested from USMS copy of the contractual

Agreement with GEO, and inspection reports prepared by USMS in monitoring compliance of the contract. It was received on July 7, 2006 and assigned 2006-USMS 9595.

8. On December 1, 2006, USMS released a copy of a June 1, 2006 inspection report, and withheld the contractual agreement on the basis it would have to be requested from GEO because it did not maintain it and other records responsive to the request.

9. On or about December 25, 2006, plaintiff appealed the decision to the Office of Information and Privacy. More than 20 days have passed and no response has been given.

10. Plaintiff has a statutory right to the records that he seeks, and there is no legal basis for defendants' refusal to disclose them to him.

Wherefore, plaintiff prays that this Court:
(1) Declare that GEO is subject to the provisions of the FOIA, and its refusal to disclose the records requested by plaintiff is unlawful;
(2) Declare that USMS's refusal to

disclose the records requested by plaintiff is unlawful; and,

(3) withheld the records in bad-faith.

(4) Order defendants to make the requested records available to plaintiff;

(5) Award plaintiff his costs and reasonable attorneys' fees in this action; and,

(6) Grant such other and further relief as the Court may deem just and proper.

Respectfully submitted,

*[signature]*

EDUARDO BENAVIDES
0703308
Guadalupe County Jail
2615 N. Guadalupe St.
Seguin, Texas, 78155