UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
JUL 1 0 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | | |
|---|---|---|
| EDUARDO BENAVIDES, | § | |
| vs. | | |
| UNITED STATES MARSHALS SERVICE and GLOBAL EXPERTISE IN OUTSOURCING CORP, | § | CIVIL NO. 07 1232 |
| | § | |

## AFFIDAVIT OF INABILITY TO PAY

I, EDUARDO BENAVIDES, do pose the following:

"I am the Plaintiff in the above entitled case. I state that I am unable to pay in advance the filing fee for said proceedings or the give security for the filing fee. I further state that I do not have any stocks, or bonds or other security that may be converted to pay the costs of this Action. I have not earned any funds for the past 14 months because of my incarceration."

Pursuant to 28 USC §1746, I declare under the pains of penalty and perjury that the foregoing is true and correct. Executed on this 28 day of May 2007.

*[signature]*
EDUARDO BENAVIDES

2