**FILED**
JUL 1 0 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

EDUARDO BENAVIDES, §

vs.

UNITED STATES MARSHALS § CIVIL NO.   07 1232
SERVICE and GLOBAL
EXPERTISE IN
OUTSOURCING CORP, §

## MOTION FOR APPOINTMENT OF COUNSEL

TO THE HONORABLE JUDGE OF SAID COURT:

Comes Now Plaintiff EDUARDO BENAVIDES, in propria persona, in the above styled cause, and files this his Motion for Appointment of Counsel, and in support thereof states the following:

1. Plaintiff is in federal custody in Texas awaiting trial, and does not have access to 5 U.S.C § 552 and other federal law books he anticipates will be needed to litigate this action.

2. The Guadalupe County Jail does not maintain an updated law library and only allows prisoners to attend (1) hour weekly.

3

3. Jail officials have advised plaintiff that they will not make available to him law books he needs and have instructed him to request them from USMS. The USMS have also refused to make any law books available to plaintiff.

4. The records being withheld by USMS and GEO involves a scheme and on-going practice, i.e., denying or shifting the duties under the FOIA to each other, solely to withhold and/or delay the release of information, so by the time the records are released the prisoner is released from the custody of the defendants, or has died from neglect or mistreatment.

This scheme and practice makes secret to all federal prisoners confined in a GEO facility, their rights and benefits as third parties to the contract, and deprieves them the information to know their rights and to meaningfully complain of their conditions of confinement.

5. Plaintiff believes in good faith that this action presents a novel question of law concerning the responsibilities and duties of defendants under the provisions of the FOIA. It appears defendants have exempted themselves from the FOIA provisions, under the contractual agreement.

For these reasons, Plaintiff asks that counsel be appointed in this case.

Respectfully submitted,

[signature]

EDUARDO BENAVIDES
0703308
Guadalupe County Jail
2615 N. Guadalupe St.
Seguin, Texas, 78155