UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

EDUARDO BENAVIDES,
        Plaintiff,

v.                                          CIVIL NO. 07-1232

UNITED STATES MARSHALS
SERVICE,
        Defendant.

## SUPPLEMENT TO COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF

1. Plaintiff EDUARDO BENAVIDES, in propria persona files this his supplement to complaint for declaration and injunctive relief, to include (3) additional FOIA Requests, that were subsequently submitted to Defendant United States Marshals Service (USMS) that pertain to himself and/or relate to the initial request for information that is the basis of this Action, They are to follows:

2. On March 19, 2007, Defendant USMS, Acknowledged receipt of plaintiff's FOIA Request And assigned 2007 USMS 10284. The statutory time for Responding has passed And no response

has been given.

3. On April 6, 2007, Defendant USMS acknowledged receipt of plaintiff's FOIA request and assigned 2007 USMS 10433. The statutory time for responding has passed and no response has been given.

4. On May 17, 2007, Defendant USMS acknowledged receipt of plaintiff's FOIA request and assigned 2007 USMS 10521. The statutory time for responding has passed and no response has been given.

5. Plaintiff has a statutory right to the records that he seeks, and there is no legal basis for defendant's refusal to disclose them to him.

Wherefore, plaintiff prays that this Court:
(1) Declare that USMS's refusal to disclose the records requested by plaintiff is unlawful; and,
(2) withheld the records in bad-faith.
(3) order USMS to make the requested records available to plaintiff.

(4) Award plaintiff his costs and reasonable attorneys' fees in this action; and
(5) Grant such other and further relief as the Court may deem just and proper.

Respectfully submitted,

_____
EDUARDO BENAVIDES
0703308
Guadalupe County Jail
2615 N. Guadalupe St.
Seguin, Texas, 78155

```
08/01/2007                 COMMISSARY SLIP

Name: BENAVIDES, EDWARD M          Fac. Code:              Booked    : 02/02/200
SO #: 07033-08                     Cell      : M07         Curr. Bal.: $53.25

    ITEMS                            PRICE      QUAN      COST
===============================================================================

L-BEVERAGES
  459 COFFEE 4 OZ BAG                 3.00        1        3.00
  470 DIET BIG RED                    0.75        4        3.00
M-FOOD ITEMS
  419 PEANUT BUTTER                   2.00        1        2.00
  421 HOT PICANTE 10 OZ               2.00        1        2.00
  423 CHEESE SPREAD JALAPENO          2.00        1        2.00
N-SNACKS
  417 RITZ TOPEM CRACKERS             1.30        1        1.30
  473 CORN CHIPS                      2.25        2        4.50




                                                    Total Spent:     17.80
```

```
07/26/07                 INMATE ACCOUNT LEDGER                      PAGE    1
SO #: 07033-08   Name: BENAVIDES, EDWARD M              Fac.:

                                                     AMOUNT     AMOUNT
    DATE     DESCRIPTION                              SPENT    RECEIVED
  02/02/07   Money Taken at Booking: Money Taken                 200.73
             at Booking
  02/06/07   Commissary Transaction:                  16.20
             1-TOOTHBRUSH; 1-LEGAL TABLET;
             1-SHOWER SHOES LG; 2-HOT COCOA
             SINGLES; 1-HOT PICANTE 10 OZ;
             2-SALTED PEANUTS; 2-FRITOS;
             2-CHEETOS; 2-HONEY BUNS; 1-NESCAFE
             4OZ BAG; 5-STAMPED ENVELOPE
  02/13/07   Commissary Transaction                    0.00
  02/13/07   Commissary Transaction: 10-STAMPED       12.76
             ENVELOPE; 4-ADDITIONAL POSTAGE
             @.39EA; 1-RITZ TOPEM CRACKERS;
             1-CHEX MIX; 2-FRITOS; 2-DORITOS
             NACHO/CHEESE; 1-LOUISIANA HOT SAUCE
  02/20/07   Commissary Transaction: 2-LEGAL          16.40
             ENVELOPES; 1-SHAMPOO;
             1-CONDITIONER; 1-BLACK PENS;
             1-WATERMELON MIX 10-PK; 1-CHICKEN
             SOUP; 2-RITZ TOPEM CRACKERS;
             1-SPICY CHEX MIX; 3-FRITOS;
             2-CHEETOS; 2-DORITOS NACHO/CHEESE;
             1-NESCAFE 4OZ BAG
  02/28/07   Commissary Transaction: 1-ASST.CARD      16.35
             W/ STAMP; 1-WATERMELON MIX 10-PK;
             3-CHICKEN SOUP; 1-SLICED JALAPENOS;
             1-SPICY CHEX MIX; 1-SPICY CHILI
             CHICKEN SOUP; 6-DIET BIG RED;
             1-TORTILLA CHIPS 12OZ
  03/06/07   Commissary Transaction: 3-STAMPED        24.41
             ENVELOPE; 1-STAMPED LEGAL ENVELOPE;
             1-WIDE RULED PAPER NOTEBOOK; 1-RITZ
             TOPEM CRACKERS; 1-CHEESE SPREAD
             JALAPENO; 1-SPICY CHEX MIX; 7-SPICY
             CHILI CHICKEN SOUP; 7-DIET BIG RED;
             1-HOT! HOT! HOT! CHIPS 9.5 OZ;
             1-CORN CHIPS 13 OZ
  03/13/07   Commissary Transaction: 3-STAMPED        26.21
             ENVELOPE; 1-WIDE RULED PAPER
             NOTEBOOK; 1-RITZ TOPEM CRACKERS;
             1-HOT PICANTE 10 OZ; 1-NEW! BOLD
             CHEX MIX; 1-NESCAFE 4OZ BAG;
             7-SPICY CHILI CHICKEN SOUP;
             1-STRW\BERRY CEREAL BAR; 7-DIET BIG
             RED; 2-CORN CHIPS 13 OZ
  03/20/07   Commissary Transaction: 3-STAMPED        27.99
             ENVELOPE; 1-IRISH SPRING SOAP;
             1-WIDE RULED PAPER NOTEBOOK; 1-RITZ
```

```
07/26/07                    INMATE ACCOUNT LEDGER                      PAGE    2
SO #: 07033-08    Name: BENAVIDES, EDWARD M              Fac.:

                                                       AMOUNT      AMOUNT
    DATE      DESCRIPTION                               SPENT     RECEIVED
              TOPEM CRACKERS; 1-PEANUT BUTTER;
              1-HOT PICANTE 10 OZ; 1-BOLD CHEX
              MIX; 3-SPICY CHILI CHICKEN SOUP;
              7-DIET BIG RED; 1-NACHO CHEESE
              (DORITIO) CHIPS; 2-CORN CHIPS 13
              OZ; 7-ADDITIONAL POSTAGE @.39EA
   03/27/07   Commissary Transaction: 12-STAMPED        33.20
              ENVELOPE; 4-ADDITIONAL POSTAGE
              @.39EA; 1-WIDE RULED PAPER
              NOTEBOOK; 1-SUGAR TWIN/100 PKS;
              1-RITZ TOPEM CRACKERS; 1-HOT
              PICANTE 10 OZ; 1-CHEESE SPREAD;
              1-SPICY CHEX MIX; 1-NESCAFE 4OZ
              BAG; 3-SPICY CHILI CHICKEN SOUP;
              5-DIET BIG RED; 1-HOT! HOT! HOT!
              CHIPS 9.5 OZ; 2-CORN CHIPS 13 OZ
   04/03/07   Commissary Transaction: 12-STAMPED        26.55
              ENVELOPE; 4-ADDITIONAL POSTAGE
              @.39EA; 1-SURE DEODORANT; 1-BLACK
              PENS; 1-WIDE RULED PAPER NOTEBOOK;
              1-RITZ TOPEM CRACKERS; 2-HOT
              PICANTE 10 OZ; 1-SPICY CHEX MIX;
              1-BOLD CHEX MIX; 3-SPICY CHILI
              CHICKEN SOUP; 4-DIET BIG RED
   04/10/07   Money Received through the Mail:                     100.00
              56985647466
   04/10/07   Commissary Transaction                     0.00
   04/10/07   Commissary Transaction: 1-WIDE            21.10
              RULED PAPER NOTEBOOK; 1-RITZ TOPEM
              CRACKERS; 2-HOT PICANTE 10 OZ;
              1-SPICY CHEX MIX; 1-BOLD CHEX MIX;
              1-NESCAFE 4OZ BAG; 7-DIET BIG RED;
              4-TOP RAMEN SPICY CKN
   04/17/07   Commissary Transaction: 6-STAMPED         36.85
              ENVELOPE; 2-ADDITIONAL POSTAGE
              @.39EA; 1-CLOSE-UP TOOTHPASTE;
              1-BATH /SHOWER POWDER; 1-WIDE RULED
              PAPER NOTEBOOK; 1-Birthday Card
              W\Stamp; 1-CEREAL BOWL W/LID;
              1-SUGAR TWIN/100 PKS; 1-RITZ TOPEM
              CRACKERS; 1-PEANUT BUTTER; 2-HOT
              PICANTE 10 OZ; 1-CHEESE SPREAD
              JALAPENO; 1-BOLD CHEX MIX; 6-DIET
              BIG RED; 2-CORN CHIPS 13 OZ; 7-TOP
              RAMEN SPICY CKN
   04/24/07   Commissary Transaction: 1-WIDE            22.10
              RULED PAPER NOTEBOOK; 1-RITZ TOPEM
              CRACKERS; 2-HOT PICANTE 10 OZ;
```

```
07/26/07                 INMATE ACCOUNT LEDGER                      PAGE    3
SO #: 07033-08    Name: BENAVIDES, EDWARD M            Fac.:
                                                          AMOUNT     AMOUNT
      DATE       DESCRIPTION                              SPENT      RECEIVED
                 1-BOLD CHEX MIX; 1-NESCAFE 4OZ BAG;
                 5-DIET BIG RED; 2-CORN CHIPS 13 OZ;
                 1-SAUVE SHAMPOO
   05/03/07      Commissary Transaction: 1-WIDE            20.30
                 RULED PAPER NOTEBOOK; 1-RITZ TOPEM
                 CRACKERS; 2-HOT PICANTE 10 OZ;
                 1-CHEESE SPREAD JALAPENO; 7-DIET
                 BIG RED; 1-NACHO CHIPS ; 1-CORN
                 CHIPS 13 OZ; 1-SUAVE CONDITIONER
   05/04/07      Money Received through the Mail:                     100.00
                 08-675329270
   05/17/07      Commissary Transaction: 5-STAMPED         13.15
                 ENVELOPE; 3-EXTRA POSTAGE @.41 EA;
                 6-TWO CENT STAMPS; 1-WIDE RULED
                 PAPER NOTEBOOK; 1-SUGAR TWIN/100
                 PKS; 1-BOLD CHEX MIX; 1-NESCAFE 4OZ
                 BAG; 1-DIET BIG RED
   05/24/07      Commissary Transaction: 5-STAMPED         43.21
                 ENVELOPE; 2-LEGAL ENVELOPES;
                 6-EXTRA POSTAGE @.41 EA; 1-BLACK
                 PENS; 1-WIDE RULED PAPER NOTEBOOK;
                 1-HOT POT; 1-RITZ TOPEM CRACKERS;
                 1-PEANUT BUTTER; 2-HOT PICANTE 10
                 OZ; 6-DIET BIG RED; 2-CORN CHIPS 13
                 OZ; 5-TOP RAMEN CAJUN CKN
   05/31/07      Commissary Transaction: 3-STAMPED         30.72
                 ENVELOPE; 3-LEGAL ENVELOPES;
                 10-EXTRA POSTAGE @.41 EA; 1-BLACK
                 PENS; 1-WIDE RULED PAPER NOTEBOOK;
                 1-RITZ TOPEM CRACKERS; 2-HOT
                 PICANTE 10 OZ; 2-CHEESE SPREAD
                 JALAPENO; 1-NESCAFE 4OZ BAG; 5-DIET
                 BIG RED; 2-CORN CHIPS 13 OZ; 6-TOP
                 RAMEN CAJUN CKN
   06/07/07      Commissary Transaction: 5-EXTRA           12.55
                 POSTAGE @.41 EA; 1-SUGAR TWIN/100
                 PKS; 2-HOT PICANTE 10 OZ; 2-CORN
                 CHIPS 13 OZ
   06/13/07      Money Received through the Mail:                     100.00
                 08-654573011
   06/15/07      Commissary Transaction: 5-STAMPED         31.25
                 ENVELOPE; 2-LEGAL ENVELOPES;
                 10-EXTRA POSTAGE @.41 EA; 1-MEMMEN
                 DEOD STK; 2-BLACK PENS; 1-Birthday
                 Card W\Stamp; 1-RITZ TOPEM
                 CRACKERS; 2-HOT PICANTE 10 OZ;
                 1-CHEESE SPREAD JALAPENO; 1-NESCAFE
                 4OZ BAG; 6-DIET BIG RED; 2-CORN
```

```
07/26/07                INMATE ACCOUNT LEDGER                    PAGE    4

SO #: 07033-08    Name: BENAVIDES, EDWARD M          Fac.:

                                                   AMOUNT      AMOUNT
      DATE      DESCRIPTION                        SPENT      RECEIVED
                CHIPS 13 OZ
    06/21/07    Commissary Transaction: 1-STAMPED    8.15
                ENVELOPE; 1-EXTRA POSTAGE @.41 EA;
                4-DIET BIG RED; 1-HOT PICANTE 10
                OZ; 1-SPICY CHEX MIX
    06/27/07    Commissary Transaction: 3-STAMPED   23.32
                ENVELOPE; 10-EXTRA POSTAGE @.41 EA;
                1-WIDE RULED PAPER NOTEBOOK;
                1-CLOSE-UP TOOTHPASTE; 1-COFFEE 4
                OZ BAG; 5-DIET BIG RED; 1-HOT
                PICANTE 10 OZ; 4-TOP RAMEN CAJUN
                CKN; 2-CORN CHIPS
    07/05/07    Commissary Transaction: 5-STAMPED   21.66
                ENVELOPE; 2-LEGAL ENVELOPES;
                6-EXTRA POSTAGE @.41 EA; 1-BLACK
                PENS; 6-DIET BIG RED; 1-SUGAR
                TWIN/100 PKS; 1-PEANUT BUTTER;
                5-TOP RAMEN CAJUN CKN; 1-RITZ TOPEM
                CRACKERS; 2-CORN CHIPS
    07/12/07    Commissary Transaction: 2-LEGAL    16.30
                ENVELOPES; 1-COFFEE 4 OZ BAG;
                6-DIET BIG RED; 1-HOT PICANTE 10
                OZ; 1-CHEESE SPREAD JALAPENO;
                2-CORN CHIPS
    07/18/07    Money Received through the Mail:              100.00
                08-628478132
    07/25/07    Commissary Transaction: 6-STAMPED   28.95
                ENVELOPE; 1-EXTRA POSTAGE @.41 EA;
                2-BLACK PENS; 1-NOTEBOOK; 1-BATH
                /SHOWER POWDER; 6-DIET BIG RED;
                1-SUGAR TWIN/100 PKS; 2-HOT PICANTE
                10 OZ; 1-CHEESE SPREAD JALAPENO;
                5-TOP RAMEN CAJUN CKN; 1-RITZ TOPEM
                CRACKERS; 2-CORN CHIPS

Current Bal.:   71.05      Total Spent:   529.68    Total Received:   600.73
```