UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| EDUARDO BENEVIDES | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | Civil Action No. 07- 1232 CKK |
| v | ) | |
| | ) | |
| UNITED STATES MARSHALS | ) | |
| SERVICE, et al., | ) | |

**REASSIGNMENT OF CIVIL CASE**
(non-calendar committee)

The above entitled action was assigned on August 28, 2007 from Unassigned (9098)

to Judge Kollar-Kotelly because the plaintiff has satisfied the requirements of the PLRA.

NANCY MAYER-WHITTINGTON, CLERK

By: La Tanau Scott
Deputy Clerk

CC:   Judge Kollar-Kotelly
& Courtroom Deputy