UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EDUARDO BENEVIDES )<br>#0703308 )<br>Guadelupe County )<br>Adult Detention Center )<br>2615 N. Guadelupe St. )<br>Seguin, TX 78155, )<br>  )<br>  Plaintiff, )<br>  )<br>v. )<br>  )<br>UNITED STATES MARSHALS SERVICE )<br>  )<br>and )<br>  )<br>SERVICE AND GLOBAL EXPERTISE )<br>IN OUTSOURCING CORP. )<br>  )<br>  Defendants. )<br>  )<br>_____) | Civil Action No. 07-1232 (CKK) |

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Claire M. Whitaker, Assistant U.S. Attorney, as counsel of record for the federal defendant United States Marshals Service in the above-captioned case.

Respectfully submitted,

/s/
CLAIRE WHITAKER, D.C. Bar # 354530
Assistant United States Attorney
United States Attorney's Office
555 4th Street, N.W.
Room E-4204
Washington, D.C. 20530
(202) 514-7137

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing was served by First-Class Mail, postage prepaid to:

EDUAARDO BENEVIDES
#0703308
Guadelupe County
Adult Detention Center
2615 N. Guadelupe St.
Seguin, TX 78155

on this _____ day of October, 2007.

                                            /s/
                                      CLAIRE WHITAKER
                                      Assistant United States Attorney
                                      United States Attorney's Office
                                      555 4th Street, N.W.
                                      Room E-4204
                                      Washington, D.C. 20530
                                      (202) 514-7137