UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| EDUARDO BENEVIDES | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 07-1232 (CKK) |
| | ) | |
| UNITED STATES MARSHALS SERVICE, et al. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| _____ | ) | |

**MOTION FOR ENLARGEMENT OF TIME**

Pursuant to Fed. R. Civ. P. 6(b)(1), defendant moves this Court for an extension of time, to and including November 19, 2007, to file federal defendant's answer or other response in this Freedom of Information Act ("FOIA") case. As plaintiff is a prisoner proceeding pro se, the local rules about contacting the opposing counsel to determine whether there will be an objection to nondispositive motions is not applicable.

Although the federal defendant's answer is due on October 18, 2007, undersigned counsel assigned has been unable consult wit the agency (U.S. Marshals Service) concerning the matter addressed in the complaint. As counsel will be on leave until October 17, 2007, it will be impossible to confer with the agency in time to prepare an answer or other response for filing with the Court by October 18, 2007. In an abundance caution, federal defendant requests a 30 day extension of time to answer plaintiff's complaint. Accordingly, the federal defendant respectfully request that an extension of time, to and including November 19, 2007, be granted for the filing of it's answer or other response in this case. A proposed order is attached.

Respectfully submitted,

/s/
JEFFREY A. TAYLOR, D.C. Bar  #498610
United States Attorney

/s/
RUDOLPH.CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

/s/
CLAIRE WHITAKER, D.C. Bar # 354530
Assistant United States Attorney
United States Attorney's Office
555 4th Street, N.W.
Room E-4204
Washington, D.C. 20530
(202) 514-7137

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing was served by First-Class Mail, postage prepaid to:

EDUAARDO BENEVIDES
#0703308
Guadelupe County
Adult Detention Center
2615 N. Guadelupe St.
Seguin, TX 78155

on this _____ day of October, 2007.

                                            /s/
                                      CLAIRE WHITAKER
                                      Assistant United States Attorney
                                      United States Attorney's Office
                                      555 4th Street, N.W.
                                      Room E-4204
                                      Washington, D.C. 20530
                                      (202) 514-7137

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EDUARDO BENEVIDES ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-1232 (CKK) |
| ) | |
| UNITED STATES MARSHALS SERVICE, et al. ) | |
| ) | |
| Defendants. ) | |
| ) | |
| _____) | |

## ORDER

Upon consideration of federal defendant's motion to extend the time to file an answer or other response in this case, and for good cause shown, it is this _____ day of _____, 2007,

ORDERED, that said motion be, and hereby is, granted. The deadline for federal defendant's answer is extended to November 19, 2007.

_____
UNITED STATES DISTRICT JUDGE

Copies to:

EDUAARDO BENEVIDES
#0703308
Guadelupe County
Adult Detention Center
2615 N. Guadelupe St.
Seguin, TX 78155

CLAIRE WHITAKER
Assistant United States Attorney
United States Attorney's Office
555 4th Street, N.W.
Room E-4204
Washington, D.C. 20530