Office of the Clerk
U.S. District Court
333 Constitution Ave, N.W.
Washington, D.C. 20001

RECEIVED
OCT 1 2 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

October 8, 2007

Re: Benavides v. USMS, et al. – Civil No. 07-1232CKK

Dear Clerk,

Please be advised that I have changed address. Please send all further notices to my NEW ADDRESS, listed below. Moreover, please advise the status of this case, and if defendants have been served. If so, if an answer has been filed.

Thanking you in advance for your courtesies in this matter,

Sincerely,

[signature]
EDUARDO BENAVIDES
UM 89008-132
218 S. Laredo
San Antonio, Texas, 78207