UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EDUARDO BENEVIDES ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-1232 (CKK) |
| ) | |
| UNITED STATES MARSHALS SERVICE, et al. ) | |
| ) | |
| Defendants. ) | |
| ) | |
| _____ ) | |

**NOTICE OF AMENDED CERTIFICATE OF SERVICE**

Defendant United States Marshals Service advises the Court that another copy of the Motion for an Enlargement of Time filed on October 12, 2007 (Docket # 12) has been served upon plaintiff in light of the Notice of Change of Address filed on October 15, 2007 (Docket # 13). Defendant's Motion and an Amended Certificate of Service are attached.

Respectfully submitted,

/s/
CLAIRE WHITAKER, D.C. Bar # 354530
Assistant United States Attorney
United States Attorney's Office
555 4th Street, N.W.
Room E-4204
Washington, D.C. 20530
(202) 514-7137

**Motions**
1:07-cv-01232-CKK BENAVIDES v. UNITED STATES MARSHALS SERVICE et al
PROSE-PR, TYPE-I

ORIGINAL

**U.S. District Court**

**District of Columbia**

**Notice of Electronic Filing**

The following transaction was entered by Whitaker, Claire on 10/12/2007 at 6:02 PM and filed on 10/12/2007
**Case Name:**      BENAVIDES v. UNITED STATES MARSHALS SERVICE et al
**Case Number:**    1:07-cv-1232
**Filer:**          UNITED STATES MARSHALS SERVICE
**Document Number:** 12

**Docket Text:**
MOTION for Extension of Time to *file federal defendant's answer or other response* by UNITED STATES MARSHALS SERVICE (Attachments: # (1) Text of Proposed Order)(Whitaker, Claire)


**1:07-cv-1232 Notice has been electronically mailed to:**

Claire M. Whitaker     claire.whitaker@usdoj.gov, reginald.rowan@usdoj.gov

**1:07-cv-1232 Notice will be delivered by other means to::**

EDUARDO M. BENAVIDES
No. 0703308
GUADALUPE COUNTY JAIL
2615 North Guadalupe Street
Sequin, TX 78155

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** V:\CWhitaker\ECF Documents\Benevides\moet.pdf
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=10/12/2007] [FileNumber=1580221-0
] [3bd638c721388294bf09e719443fe69e52f5dbc854b7952006928a2d22a405f99fc
688823a9dca5f0960a89e68ff94f713a8b93e101446fef343b291efa0dd81]]
**Document description:** Text of Proposed Order
**Original filename:** V:\CWhitaker\ECF Documents\Benevides\PO - moet.pdf
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=10/12/2007] [FileNumber=1580221-1
] [705b3c3ca0ec43f5a12479e205456a6dcbec29bcebe0c2e4911899ed055d094e967

bb0e862b0690bf83531bf1159dba1a95b866a3e2bde846e13a8f65235274a]]

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ORIGINAL

EDUARDO BENEVIDES            )
                             )
          Plaintiff,         )
                             )
     v.                      )        Civil Action No. 07-1232 (CKK)
                             )
UNITED STATES MARSHALS SERVICE, et al. )
                             )
          Defendants.        )
                             )
_____)

## MOTION FOR ENLARGEMENT OF TIME

Pursuant to Fed. R. Civ. P. 6(b)(1), defendant moves this Court for an extension of time, to and including November 19, 2007, to file federal defendant's answer or other response in this Freedom of Information Act ("FOIA") case. As plaintiff is a prisoner proceeding pro se, the local rules about contacting the opposing counsel to determine whether there will be an objection to nondispositive motions is not applicable.

Although the federal defendant's answer is due on October 18, 2007, undersigned counsel assigned has been unable consult wit the agency (U.S. Marshals Service) concerning the matter addressed in the complaint. As counsel will be on leave until October 17, 2007, it will be impossible to confer with the agency in time to prepare an answer or other response for filing with the Court by October 18, 2007. In an abundance caution, federal defendant requests a 30 day extension of time to answer plaintiff's complaint. Accordingly, federal defendant respectfully request that an extension of time, to and including November 19, 2007, be granted for the filing of it's answer or other response in this case. A proposed order is attached.

Respectfully submitted,

/s/ *Jeffrey A. Taylor*
JEFFREY A. TAYLOR, D.C. Bar #498610
United States Attorney

/s/ *Rudolph Contreras*
RUDOLPH.CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

/s/ *Claire Whitaker*
CLAIRE WHITAKER, D.C. Bar # 354530
Assistant United States Attorney
United States Attorney's Office
555 4th Street, N.W.
Room E-4204
Washington, D.C. 20530
(202) 514-7137

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served by First-Class Mail, postage prepaid to:

EDUAARDO BENEVIDES
#0703308
Guadelupe County
Adult Detention Center
2615 N. Guadelupe St.
Seguin, TX 78155

on this 12th day of October, 2007.

/s/ Claire Whitaker
CLAIRE WHITAKER
Assistant United States Attorney
United States Attorney's Office
555 4th Street, N.W.
Room E-4204
Washington, D.C. 20530
(202) 514-7137

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EDUARDO BENEVIDES )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES MARSHALS SERVICE, et al. )<br>)<br>Defendants. )<br>)<br>_____) | Civil Action No. 07-1232 (CKK) |

### ORDER

Upon consideration of federal defendant's motion to extend the time to file an answer or other response in this case, and for good cause shown, it is this _____ day of _____, 2007,

ORDERED, that said motion be, and hereby is, granted. The deadline for federal defendant's answer is extended to November 19, 2007.

_____
UNITED STATES DISTRICT JUDGE

Copies to:

EDUAARDO BENEVIDES
#0703308
Guadelupe County
Adult Detention Center
2615 N. Guadelupe St.
Seguin, TX 78155

CLAIRE WHITAKER
Assistant United States Attorney
United States Attorney's Office
555 4th Street, N.W.
Room E-4204
Washington, D.C. 20530

## **AMENDED CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was served by First-Class Mail, postage prepaid to:

EDUAARDO BENEVIDES
UM89008-132
218 S. Laredo
San Antonio, TX 78207

on this _____ day of October, 2007.

                                                          /s/
                                          CLAIRE WHITAKER
                                          Assistant United States Attorney
                                          United States Attorney's Office
                                          555 4th Street, N.W.
                                          Room E-4204
                                          Washington, D.C. 20530
                                          (202) 514-7137