### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EDUARDO BENEVIDES ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-1232 (CKK) |
| ) | |
| UNITED STATES MARSHALS SERVICE, et al. ) | |
| ) | |
| Defendants. ) | |
| ) | |
| _____ ) | |

### MOTION FOR ENLARGEMENT OF TIME

Pursuant to Fed. R. Civ. P. 6(b)(1), defendant moves this Court for an additional four-day extension of time, to and including November 26, 2007, to file federal defendant's answer or other response in this Freedom of Information Act ("FOIA") case. Defendant's answer is due on November 19, 2007. As plaintiff is a prisoner proceeding pro se, the local rules about contacting the opposing counsel to determine whether there will be an objection to nondispositive motions is not applicable.

As the attached declaration of William E. Bordley, Assistant General Counsel and FOIA/PA Officer of the U.S. Marshals Service ("USMS") explains, there may be additional responsive documents from the USMS Western District of Texas. These documents were only discovered on November 16, 2007. Although the supporting declaration/Vaughn Index for the existing documents will be transmitted to undersigned counsel primarily assigned to the case on November 19, 2007, if there are additional documents to be processed, the Vaughn Index will not be ready until November 21, 2007. See Attachment 1 at ¶ 4. Accordingly, a brief four day extension of time to file defendant's answer or other response is respectfully requested. A proposed order is attached.

Respectfully submitted,

<u>            /s/                            </u>
JEFFREY A. TAYLOR, D.C. Bar  #498610
United States Attorney


<u>            /s/                            </u>
RUDOLPH.CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney


<u>            /s/                            </u>
CLAIRE WHITAKER, D.C. Bar # 354530
Assistant United States Attorney
United States Attorney's Office
555 4th Street, N.W.
Room E-4204
Washington, D.C. 20530
(202) 514-7137

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing was served by First-Class Mail, postage prepaid to:

EDUARDO BENEVIDES
#89008-132
LAREDO JAIL
218 S. Laredo
San Antonio, TX 78207

on this 16th day of November, 2007.

                                                  /s/
                                      CLAIRE WHITAKER
                                      Assistant United States Attorney
                                      United States Attorney's Office
                                      555 4th Street, N.W.
                                      Room E-4204
                                      Washington, D.C. 20530
                                      (202) 514-7137

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| EDUARDO BENEVIDES ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-1232 (CKK) |
| ) | |
| UNITED STATES MARSHALS SERVICE, et al. ) | |
| ) | |
| Defendants. ) | |
| ) | |
| _____ ) | |

**ORDER**

Upon consideration of federal defendant's motion to extend the time to file an answer or other response in this case, and for good cause shown, it is this _____ day of _____, 2007,

ORDERED, that said motion be, and hereby is, granted. The deadline for federal defendant's answer is extended to November 26, 2007.

_____
UNITED STATES DISTRICT JUDGE

Copies to:

EDUARDO BENEVIDES
#89008-132
LAREDO JAIL
218 S. Laredo
San Antonio, TX 78207

CLAIRE WHITAKER
Assistant United States Attorney
United States Attorney's Office
555 4th Street, N.W.
Room E-4204
Washington, D.C. 20530