UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| EDUARDO BENAVIDES, | § § | |
| vs. | § § | CIVIL NO. 07-1232(CKK) |
| UNITED STATES MARSHALS SERVICE, ET AL. | § § § | |

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

NOW COMES, Plaintiff EDUARDO BENAVIDES, in propria persona, moves this Court for an Extension of Time to file response to Defendant's Motion for Summary Judgment, and in support thereof states the following:

1. On November 29, 2007, the Court order Plaintiff to file his response to Defendant's Motion for Summary Judgment on or before Janaury 4, 2008.

2. Plaintiff requests an extension of 60 days to include March 20, 2008, and in support thereof states:

   a. Plaintiff has been involved in two criminal trials since September 13, 2007 and was convicted on November 19, 2007. In the present he has several pro se post-trial motions which are still pending.

   b. Plaintiff will file a Motion for Discovery on Defendant within the next few days. Additional time is needed to allow Plaintiff to serve Defendant with Discovery and to prepare his response.

   c. Plaintiff is incarcerated and has limited access to the law library.

The interests of justice would best be served if Plaintiff was granted an extension of 60 days to include March 6, 2008.

RECEIVED
JAN - 9 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Respectfully submitted,

Eduardo Benavides
UM89008-132
218 S. Laredo
San Antonio, Texas, 78207

## CERTIFICATE OF SERVICE

I, HEREBY CERTIFIY, that a true and correct copy of the above and foregoing has been forwarded to: Ms. Claire Whitaker, Assistant U.S. Attorney, United States Attorneys Office, Civil Division, 555 4th Street, N.W., Room E-4204, Washington, D.C. 20530 by mailing same 1st Class mail on this 2h day of January 2008.

Eduardo Benavides