UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Eduardo M. Benavides, | : | |
| | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 07-1232 (CKK) |
| | : | |
| United States Marshals Service *et al.,* | : | |
| | : | |
| Defendants. | : | |

ORDER

Defendant United States Marshals Service moves for a protective order staying all discovery in this action brought under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552. Discovery in FOIA cases is rare and "is usually limited to the adequacy of the agency's search and similar matters." *Voinche v. F.B.I.*, 412 F. Supp. 2d 60, 71 (D.D.C. 2006) (citations omitted). In light of defendant's pending summary judgment motion, to which plaintiff has until March 4, 2008 to respond, plaintiff's discovery request (Def.'s Mot., Att. 1) seems premature. Accordingly, it is this 27th day of February 2008,

ORDERED that defendant's motion to stay discovery [Dkt. No. 19] is GRANTED, and all discovery is stayed pending further court order.

                                                                _____s/s_____
                                                                 COLLEEN KOLLAR-KOTELLY
                                                                 United States District Judge