UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **EDUARDO M. BENAVIDES**          )<br>                                                          )<br>           **Plaintiff,**                            )<br>                                                          )<br>             v.                                            )   Civil Action No. 07-1232 (CKK)<br>                                                          )<br>**UNITED STATES MARSHALL**      )<br>**SERVICE et al.,**                              )<br>                                                          )<br>           **Defendants.**                        )<br>                                                          ) | |

### ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that the motion [Dkt. #16] for summary judgment filed by defendant United States Marshall Service be, and hereby is, GRANTED. It is further

ORDERED that defendant Global Expertise in Outsourcing Corporation be DISMISSED for want of jurisdiction.

This is a final, appealable order.

                                                                            /s/
                                                                COLLEEN KOLLAR-KOTELLY
                                                                United States District Judge

DATE:  April 28, 2008