```
                UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF COLUMBIA
```

**RECEIVED**
**MAY 19 2008**
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

EDUARDO M. BENAVIDES        §

vs.
                            §       CIVIL NO. 07-1232(CKK)
UNITED STATES MARSHAL
SERVICE, ET AL.             §

## NOTICE OF CHANGE OF ADDRESS

Plaintiff EDUARDO M. BENAVIDES, hereby gives notice that he has changed address and request that all further notices and pleadings be sent to his NEW ADDRESS listed below.

Respectfully submitted,

*[signature]*
Eduardo Benavides
89008-132
FCC Beaumont-Medium
P.O. Box 26040
Beaumont, Texas, 77720

## CERTIFICATE OF SERVICE

I, HEREBY CERTIFY, that a true and correct of the above and foregoing has been forwarded to Claire M. Whitaker, Assistant U.S. Attorney, 555 4th Street, N.W., Suite E-4204, Washington, D.C., 20816, by mailing same on this 13th day of May 2008.

*[signature]*
Eduardo Benavides