MAY 2? 2008

RETURNED TO SENDER
ON CHECKING
Unclaimed
Attempted — Not Known
Insufficient Address
No such street _____ number
No such office in state
Do not remail in this envelope

07CV1232

CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
U.S. COURTHOUSE
333 CONSTITUTION AVENUE, N.W.
WASHINGTON, DC 20001

OFFICIAL BUSINESS